**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL No.  26-CR-1365-WQH |
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING MOTION** |
| COLE LOGAN, | ) **HEARING / TRIAL SETTING** |
| Defendants. | ) |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 31), and the motion hearing / trial setting currently scheduled for June 1, 2026, is continued to July 13, 2026, at 9:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act from June 1, 2026, and July 13, 2026. The Court finds that the ends of justice are served by continuing the motion hearing and that the reasons given in the joint motion outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  May 26, 2026

Hon. William Q. Hayes
United States District Court

1